UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
VICTORIA DICKS,                                               :
                                    Plaintiff,                :      22 Civ. 7875 (LGS)
                                                              :
                    -against-                                 :      ORDER
                                                              :
EVERYDAY HEALTH, INC.,                                        :
                                    Defendant.                :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated October 13, 2022, required the parties to file a proposed case management plan and joint letter by November 9, 2022. The initial pretrial conference is currently scheduled for November 16, 2022, at 4:10 p.m.

    WHEREAS, Defendant Everyday Health, Inc., has not appeared and Plaintiff has not filed proof of service of Defendant on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 11, 2022**. If Plaintiff has not been in communication with Defendant, she shall file a status letter regarding her efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **November 11, 2022**.

Dated: November 10, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**