AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **1:22-CV-07875-LGS**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Everyday Health, Inc. d/b/a BabyCenter, LLC**
was recieved by me on  **10/27/2022:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Person Authorized To Accept Service** , who is designated by law to accept service of process on behalf of **Everyday Health, Inc. d/b/a BabyCenter, LLC10/28/2022**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  10/28/2022

*Server's signature*

**Francisco Cruz**
*Printed name and title*

**12 Crestwood CT**
**Albany, NY 12208**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Person Authorized To Accept Service who indicated they were the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 200-240 lbs.**




Tracking #: **0095733978**