

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: mars@khaimovlaw.com

November 15, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Centre St.
New York, New York 10007

    Re:    Victoria Dicks v. Everyday Health, Inc.; 1:22-cv-7875-LGS

Dear Judge Schofield:

    Plaintiff submits this letter in accordance with the directives set forth in Your Honor's order dated November 14, 2022 (Dkt. No. 9). In the Order, Your Honor stated that Plaintiff has failed to file proof of service on the docket. Respectfully, this is incorrect. Plaintiff filed the proof of service on November 10, 2022 (Dkt. No. 7), which states that the Defendant was served on October 28, 2022. As such, Defendant's time to respond to the Complaint will expire on November 18, 2022. Plaintiff has not been in communication with Defendant as of the date of this letter. Plaintiff plans on seeking a default judgment in accordance with Your Honor's rules if Defendant does not contact Plaintiff by the initial pretrial conference date of November 30, 2022.

    Respectfully and sincerely,

    /s/ Mars Khaimov, Esq.

