**大成 DENTONS**

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
+1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Application **GRANTED.**  Defendant shall answer, move or otherwise respond to the Complaint by **December 19, 2022.**  The parties are apprised that under the Court's Individual Rules, any future requests for an extension of a deadline must be made no later than two business days before the relevant deadline.

The initial pre-trial conference is **ADJOURNED** to **January 4, 2023,** at **4:10 p.m.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333.  The parties shall submit the joint letter and proposed case management plan by **December 28, 2022.**  So Ordered.

Dated: November 22, 2022
New York, New York

November 21, 2022

**VIA ECF**

The Honorable Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Dicks v. Everyday Health, Inc. d/b/a BabyCenter, LLC,* Case No. 1:22-cv-07875-LGS

Dear Judge Schofield:

We represent Defendant Everyday Health, Inc. d/b/a BabyCenter, LLC ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from November 18, 2022 to December 19, 2022.

Defendant's counsel was just retained. Plaintiff's counsel has consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. There have been no prior extensions.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ►
Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ►
Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms