**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D    +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

December 15, 2022

**Application GRANTED.  Defendant shall answer, move or otherwise respond to Plaintiff's Complaint by January 18, 2023.  No further extensions will be granted absent extraordinary circumstances.  So Ordered.**

**VIA ECF**

**Dated: December 16, 2022
New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Dicks v. Everyday Health, Inc. d/b/a BabyCenter, LLC*, Case No. 1:22-cv-07875-LGS

Dear Judge Schofield:

We represent Defendant Everyday Health, Inc. d/b/a BabyCenter, LLC ("Defendant") in the above-referenced matter. We respectfully move the Court to extend Defendant's deadline to answer, move, or otherwise respond to the Plaintiff's Complaint from December 19, 2022 to January 18, 2023.

Defendant's counsel was only recently retained. Plaintiff's counsel has consented to this extension, which will permit Defendant's counsel to investigate and the parties to communicate regarding Plaintiff's allegations. This Court granted a prior extension on November 22, 2022. (Dkt #13).

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:     All counsel of record (by ECF)

Sirote ► Adepetun Caxton-Martins Agbor & Segun ► Davis Brown ► East African Law Chambers ► Eric Silwamba, Jalasi and Linyama ► Durham Jones & Pinegar ► LEAD Advogados ► Rattagan Macchiavello Arocena ► Jiménez de Aréchaga, Viana & Brause ► Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms