UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    VICTORIA DICKS,
                                Plaintiff,        22 Civ. 7875 (LGS)

              -against-                        ORDER

    EVERYDAY HEALTH, INC.,
                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference is currently scheduled for January 4, 2023, at 4:10 P.M.  On December 29, 2022, the parties submitted a proposed case management plan and joint letter.

    WHEREAS, no significant issues were raised in the materials.  It is hereby

    **ORDERED** that the January 4, 2023, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.  It is further

    **ORDERED** that the parties' request for a referral to the SDNY Mediation Program is **GRANTED**.  An order referring the parties to mediation will issue separately.

Dated: December 30, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE