**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VICTORIA DICKS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>EVERYDAY HEALTH, INC.<br><br>　　　　　　　　　Defendant. | Case No.  1:22-cv-7875<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:　Forest Hills, New York
　　　　　January 18, 2023

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　**/s/ Mars Khaimov**
　　　　　　　　　　　　　By:　Mars Khaimov, Esq.
　　　　　　　　　　　　　　　　108-26 64th avenue, Second Floor
　　　　　　　　　　　　　　　　Forest Hills, New York 11375
　　　　　　　　　　　　　　　　Tel (929) 324-0717
　　　　　　　　　　　　　　　　Fax (929) 333-7774
　　　　　　　　　　　　　　　　Email: mars@khaimovlaw.com
　　　　　　　　　　　　　　　　*Attorney for Plaintiff*